HOUSING AUTHORITY OF THE CITY OF PASSAIC, PLAIN-
TIFF-PETITIONER, v. CAMPBELL, MORRELL & CO., *ET
AL.*, DEFENDANTS-RESPONDENTS.

*Mr. William N. Gurtman* for the petitioner.

*Messrs. Van Riper & Belmont* for the respondents.

October 5, 1953. Denied.